**Order filed June 6, 2013**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00299-CV**

_____

**RANDY WALKER, Appellant**

**V.**

**THOMAS D. WINDSOR, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1027482**

## O R D E R

The notice of appeal in this case was filed April 3, 2013. The clerk's record was filed April 10, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 21, 2013.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM